# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

SANTIAGO LUNA

(Name and Address of Defendant)

**FILED**
J.N
MAY 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**MAGISTRATE JUDGE GERALDINE SOAT BROWN**

**CRIMINAL COMPLAINT**

CASE NUMBER: **08CR 428**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 7, 1980** in **Cook** county, in the **Northern** District of **Illinois** defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid prosecution for the Illinois felony of First Degree Murder

in violation of Title **18** United States Code, Section(s) **1073**.

I further state that I am a(n) **FBI Special Agent** and that this complaint is based on the following
<br>Official Title
facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof: ■ Yes ___ No

Signature of Complainant
**P. Araya**
**Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

May 29, 2008                                     at        Chicago, Illinois
Date                                                         City and State

Geraldine Soat Brown, United States Magistrate Judge        /s/ Geraldine Soat Brown
Name & Title of Judicial Officer                            Signature of Judicial Officer

**STATE OF ILLINOIS**    )
                         ) ss
**COUNTY OF COOK**        )

A F F I D A V I T

I, PABLO ARAYA, being duly sworn, depose and say:

1. I am employed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI), Department of Justice, and have been so employed for thirteen years. I am currently assigned to the FBI Violent Crimes/Fugitive Squad, and am the Division's Fugitive Coordinator; as such am familiar with fugitive investigations. The information contained in this affidavit was furnished by Detective D. AMATO of the Chicago Police Department (CPD), Area 5 Cold Case Unit, unless otherwise indicated.

2. On January 7, 1980, JOSE LOZADA was shot and killed during a dispute with SANTIAGO LUNA in Chicago, Illinois. Subsequent investigation by the CPD identified LUNA as the suspect in the murder. On March 10, 1980, the Circuit Court of Cook County, Illinois, issued a warrant for the arrest of LUNA after he was charged with one count of first degree murder, a felony. A copy of the arrest warrant is attached to this affidavit.

3. Investigation conducted by the FBI and the CPD at the time failed to locate LUNA in Chicago. Several of LUNA's associates were interviewed, and all stated that LUNA had fled the Chicago area, possibly to his native Mexico. However, as there was no extradition treaty with Mexico at the time, the case remained open, but no further action was taken on it.

4. In March, 2008, the case was revisited by CPD Area 5, Cold Case Unit, after they were notified that an individual using LUNA's name and date of birth was arrested and detained in the Harris County Jail, in Houston, Texas.

5. CPD Area 5 detectives traveled to Harris County and interviewed the individual believed to be LUNA. During the interview, detectives determined that the individual was actually the wanted Subject's brother, ERNESTO LUNA. ERNESTO LUNA advised that his brother had used various names in the past, and that after the murder had fled to Mexico to avoid arrest in Chicago.

6. ERNESTO LUNA furnished an address in Jalisco, Mexico, where the wanted Subject could be found.

7. Based upon the information contained in this affidavit, I believe SANTIAGO LUNA fled the State of Illinois to avoid prosecution for first degree murder.

8. The Cook County State's Attorney's Office will extradite LUNA when he is apprehended.

P. ARAYA
Special Agent
Federal Bureau of Investigation

Subscribed and Sworn to before me this 29th day of May, 2008

Geraldine Soat Brown
United States Magistrate Judge

(Court Branch)     (Court Date)

MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

CCMC1-231 NEW

| Inv. James J. Hussion for People of the State of Illinois | THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS |
|---|---|
| Plaintiff | |
| v. | 80-752401 |
| Santiago C. Luna aka Isidro Luna Castro | |
| Defendant | |

ARREST WARRANT

THE PEOPLE OF THE STATE OF ILLINOIS TO ALL PEACE OFFICERS IN THE STATE - GREETING:

We command you to arrest ___Santiago C. Luna aka Isidor Luna Castro___
                                                  (Defendant)

for the offense of ___Murder___ stated in a
                    (offense)

charge now pending before this court and that you bring him instanter before The Circuit Court of Cook County at ___2600 S. California Ave., Chicago Cook Co. Illinois___ or if I am absent or unable to act
                                                (location)

before the nearest or most accessible court in Cook County or if this warrant is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

Issued in Cook County ___MAR 1 0 1980___, 19___

Bail fixed at $ ___100,000___

___[signature]___
                    Judge

WITNESS: MORGAN M. FINLEY, CLERK OF THE COURT
and the Seal thereof, at Chicago ___

___MAR 1 0 1980___, 19___

___Morgan M. Finley___
                    Clerk

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS

v.

SANTIAGO C. LUNA
(First) (M.I.) (Last)

Case No. 01-1-119228 01

Violation of:
- ☐ Probation
- ☐ Supervision
- ☐ Conditional Discharge
- ☐ AMF
- ☒ Arrest
- ☐ BFW

## ARREST WARRANT

THE PEOPLE OF THE STATE OF ILLINOIS TO ALL PEACE OFFICERS IN THE STATE - GREETING:

We command you to arrest Defendant **SANTIAGO C. LUNA**
(First) (M.I.) (Last)

for the offense(s) of **MURDER**
(Description)

**38** ILCS **9/1A2**
(Statutory Citation)

stated in a charge(s) now pending before this court and that you bring him/her instanter before The Circuit Court of Cook County at **Room 101 2600 S. California**
(Location) (Room) (Call or Time)

or if he is absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

**GEOGRAPHIC LIMITATIONS**
Unless otherwise indicated below the geographic limitations are those as specified in 725 ILCS 5/107-9(e).

(Geographic Limitations)

Issued in Cook County **April** , 2001

Bail Fixed at $ **No Bail**

_____ Judge _____ No.

_____ Judge _____ No.

WITNESS: Dorothy Brown, CLERK OF THE COURT and the Seal thereof.

Clerk of The Circuit Court    By _____ Deputy Clerk